UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| COUNTY OF EL DORADO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GENERAL REINSURANCE CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:20-CV-00099-KJM-AC<br><br>**ORDER AMENDING SCHEDULING ORDER** |
| GENERAL REINSURANCE CORPORATION,<br><br>　　　　　Counterclaimant,<br><br>vs.<br><br>COUNTY OF EL DORADO,<br><br>　　　　　Counterdefendant. | Trial Date:　　　None |

　　　The stipulation of counsel having been presented to this court and good cause appearing therefrom, the scheduling order, ECF No. 10, is hereby amended as follows:

　　　Fact discovery shall be completed by: June 1, 2021.

　　　Expert disclosures shall be completed by: July 1, 2021.

　　　Rebuttal expert witness exchange shall take place no later than: July 30, 2021.

　　　All expert discovery shall be completed by:  September 1, 2021.

/////

/////

1  All dispositive motions except motions for continuances, temporary
2  restraining orders or other emergency applications shall be heard by:
3  October 8, 2021.
4  **IT IS SO ORDERED.**
5  Dated: January 20, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Barbanel & Treuer, P.C.
Attorneys at Law
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel (310) 282-8088 • Fax (310) 282-8779