CHRISTENSEN HSU SIPES LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

COUNTY OF EL DORADO,

       Plaintiff,

vs.

GENERAL REINSURANCE
CORPORATION; and, DOES 1-10,
inclusive,

       Defendants.

GENERAL REINSURANCE
CORPORATION,

       Counterclaimant,

vs.

COUNTY OF EL DORADO,

       Counterdefendant.

.

**Case No.: 2:20-cv-00099-KJM-AC**

*Assigned to:*
*Honorable Kimberly J. Mueller*

**ORDER ON STIPULATION AND
REQUEST TO AMEND
SCHEDULING ORDER AS TO FACT
DISCOVERY CUTOFF**

Complaint Filed: January 14, 2020

**ORDER ON STIPULATION TO AMEND SCHEDULING ORDER
2:20-cv-00099-KJM-AC**

Given the stipulation counsel presented to this court and good cause appearing therefor, the scheduling order is hereby amended as follows:

| EVENT | DEADLINE |
|---|---|
| Fact discovery completed | 07/20/2021 |
| Expert disclosures completed | 07/01/2021 |
| Rebuttal expert witness exchange | 07/30/2021 |
| All expert discovery completed | 09/01/2021 |
| All dispositive motions except motions for continuances, temporary restraining orders or other emergency applications | 10/8/2021 |
| Pre-trial conference | TBD |
| Trial | TBD |

**IT IS SO ORDERED**.

Dated: May 21, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

CHRISTENSEN HSU SIPES LLP

**ORDER ON STIPULATION TO AMEND SCHEDULING ORDER**
**2:20-cv-00099-KJM-AC**