Mark E. Christensen, Esq. (SBN 229026)
CHRISTENSEN HSU SIPES LLP
1629 Cravens Avenue
Torrance, CA 90501
Tel. (310) 222-8607 / Fax (310) 222-8680
Mark@chs.law

Attorneys for Plaintiff and Counter-Defendant,
COUNTY OF EL DORADO

ALAN H. BARBANEL (Cal Bar No. 108196)
 abarbanel@btlawla.com
HENRY C. TRUSZKOWSKI (Cal Bar No. 169243)
 htruszkowski@btlawla.com
BARBANEL & TREUER, P.C.
1925 Century Park East, Suite 350
Los Angeles, California 90067
Telephone:   (310) 282-8088
Facsimile:   (310) 282-8779

Attorneys for Defendant and
Counterclaimant, GENERAL
REINSURANCE CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| COUNTY OF EL DORADO,<br><br>    Plaintiff,<br><br>vs.<br><br>GENERAL REINSURANCE CORPORATION,<br><br>    Defendant.<br><hr>GENERAL REINSURANCE CORPORATION,<br><br>    Counterclaimant,<br><br>vs.<br><br>COUNTY OF EL DORADO,<br><br>    Counterdefendant. | Case No. 2:20-CV-00099-KJM-AC<br><br>[*Assigned to the Honorable Kimberly J. Mueller*]<br><br>**ORDER AMENDING SCHEDULING ORDER**<br><br><br><br><br><br><br><br><br><br>Trial Date:    None |

The stipulation of counsel having been presented to this court and good cause appearing therefrom, the scheduling order [Dkt. No. 24] is hereby amended as follows:

Fact discovery shall be completed by: **November 1, 2021**.

Expert disclosures shall be completed by: **December 1, 2021**.

Rebuttal expert witness exchange shall take place no later than: **December 31, 2021**.

All expert discovery shall be completed by: **February 1, 2022**.

All dispositive motions except motions for continuances, temporary restraining orders or other emergency applications shall be completed by: **March 4, 2022**.

**IT IS SO ORDERED**

DATED: June 24, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE